UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| vs. ) | CAUSE NO. 3:08-CR-00144(01)RM |
| ) | |
| JOSEPH E. BANKS, IV ) | |

## ORDER

No objections have been filed to the magistrate judge's findings and recommendations upon a plea of guilty issued on February 6, 2009 [Doc. No. 19]. Accordingly, the court now ADOPTS those findings and recommendations, ACCEPTS defendant Joseph Banks' plea of guilty, and FINDS the defendant guilty of Count 1 of the Information, in violation of 18 U.S.C. § 922(g)(1).

SO ORDERED.

ENTERED:  March 2, 2009

　　　　　　　　　　　　　　　　　　 /s/ Robert L. Miller, Jr.
　　　　　　　　　　　　　　　　　Chief Judge
　　　　　　　　　　　　　　　　　 United States District Court